60 So.2d 367

### Allen SKINNER v. STATE.

#### 6 Div. 411.

Supreme Court of Alabama.

Aug. 27, 1952.

T. K. Selman and Leon Beaird, Jasper, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

714

GOODWYN, Justice.

Petition of Allen Skinner for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Skinner v. State, 36 Ala.App. 434, 60 So.2d 363.

Writ denied.

LIVINGSTON, C. J., and FOSTER, LAWSON and SIMPSON, JJ., concur.